UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                               Chapter 11

HASHI SUSHI FUSION INC.,                                         Case No. 13-10270 (SHL)

                            Debtor.
_____

**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT
HOLD COUNSEL IN CONTEMPT FOR FAILURE TO COMPLY
WITH THIS COURT'S PRIOR ORDER, DATED MARCH 20, 2013**

      This case came before the Court for an initial case conference on February 27, 2013 at 10:00 a.m. (the "ICC").  Nestor Rosado, Esq., counsel to the above-captioned debtor, failed to appear at the ICC.  On February 27, 2013, the Court entered an *Order to Show Cause Why Court Should Not Sanction Counsel and Hold Counsel in Contempt for Failure to Appear at Hearing* [Docket No. 10] (the "Order to Show Cause").  The Order to Show Cause directed that Mr. Rosado appear and show cause on March 7, 2013 as to why the Court should not impose sanctions based upon his failure to appear at the ICC.  Mr. Rosado appeared at the hearing on March 7, 2013, but failed to provide good cause for his failure to appear at the ICC.  Based on the record of the hearing, on March 20, 2013 the Court entered an *Order Imposing Sanctions For Failure to Appear at Hearing* [Docket No. 15] (the "Sanctions Order").  The Sanctions Order imposed sanctions on Mr. Rosado in the amount of $500 and required that such amount be paid to the Clerk of the Court within 10 days from the date of the Sanctions Order.   Mr. Rosado failed to pay the amount despite more than the passage of one month since the date of the Sanctions Order.

The Court notes that this case is scheduled for a hearing on April 24, 2013 at 2:00 p.m. Now therefore, it is hereby

ORDERED, that Mr. Rosado appear and show cause at a hearing to be held before the Honorable Sean Lane on April 24, 2013 at 2:00 p.m. as to why the Court should not hold him in contempt and impose further monetary sanctions based upon his failure to comply with the Sanctions Order.  This Order shall be docketed today and served on Mr. Rosado by facsimile at (212) 781-5104 and (212) 781-6004 and by email at [neslaw2@msn.com](mailto:neslaw2@msn.com).

Dated:  New York, NY
        April 22, 2013

                                                  */s/ Sean H. Lane*
                                                UNITED STATES BANKRUPTCY JUDGE